

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2014

No. 04-13-00661-CR

Jesus **CARDOSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 408262
Honorable Scott Roberts, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on February 7, 2014. This court granted the State's first motion for an extension of time to file the brief until March 10, 2014. On March 7, 2014, the State filed its second motion for an extension of time to file its brief until March 24, 2014, for a total extension of forty-five days.

The State's motion is GRANTED. The State must file its brief with this court by March 24, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court